No. 1697, Misc. CONWAY v. PROCUNIER, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied.

No. 1746, Misc. WILLIAMS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 1747, Misc. MARTINEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1749, Misc. FERNANDEZ v. FIELD, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1750, Misc. PATTERSON v. SOUTH CAROLINA ET AL. Sup. Ct. S. C. Certiorari denied. *Charles B. Bowers* for petitioner.

No. 1751, Misc. ZUCKERMAN v. TATARIAN ET AL. C. A. 1st Cir. Certiorari denied. *Martin Malinou* for petitioner. *Francis V. Reynolds* for respondents.

No. 1753, Misc. GALLEGOS v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1754, Misc. GLASS v. BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 1755, Misc. BROWN v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1756, Misc. DAVIS v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1763, Misc. LAUCHLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.